IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND DENNIS EARL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 96-H-1051-S |
| | ) | |
| WARDEN HIGHTOWER AND | ) | |
| OFFICER BETTY STEVENSON, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
97 MAR 10 PM 3:28
U.S. DISTRICT
N.D. OF ALABAMA

ENTERED
MAR 10 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and the complaint is due to be dismissed as to all defendants on all claims, except as to Officer Betty Stevenson on the failure to protect claim. An appropriate order will be entered.

DONE, this 10th day of March, 1997.

JAMES H. HANCOCK
SENIOR JUDGE

